**UNITED STATES OF AMERICA**

**DISTRICT OF NEW HAMPSHIRE**

**UNITED STATES OF AMERICA**

**v.**                                                **Cr. No.** 09-

**RONALD ALBERT**

<u>**INDICTMENT**</u>
<u>**Count One**</u>

(18 U.S.C. § 922 (g)(3): Unlawful User in Possession of a Firearm)

From December 16, 2006 through January 18, 2007, in the District of New Hampshire, the defendant,

RONALD ALBERT

having been an unlawful user of cocaine base, a controlled substance, did knowingly and intentionally possess the following firearms: a HiPoint, Model C, 9mm pistol, serial number P1332932; an Iberia Firearms, .40 caliber pistol, serial number X738581; a HiPoint, Model CF, .380 caliber pistol, serial number P852096; a Ruger, Model P85, 9mm pistol, serial number 302-95281; a Ruger, Model P95, 9mm pistol, serial number 311-66594; a Ruger, Model Speed 6, .357 caliber revolver, serial number 158-02003; a Smith & Wesson, .40 caliber pistol, serial number PAL9378; a Smith & Wesson, Model Sigma, 9mm pistol, serial number PDX7640; a Smith & Wesson, Model Sigma, 9mm pistol, serial number PDX7669; an Iberia Firearms, Model JCP40, .40 caliber pistol, serial number X738583; and an Iberia Firearms,

Model JCP40, .40 caliber pistol, serial number X740992, all which had been shipped or transported in interstate commerce or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

The Grand Jury further charges:

### Count Two

(18 U.S.C. § 922 (a)(6)- Making a False Statement during the Acquisition of a Firearm)

From December 16, 2006 through January 18, 2007, in the District of New Hampshire, the defendant

RONALD ALBERT

in connection with his acquisition of the following firearms: a HiPoint, Model C, 9mm pistol, serial number P1332932; an Iberia Firearms, .40 caliber pistol, serial number X738581; a HiPoint, Model CF, .380 caliber pistol, serial number P852096; a Ruger, Model P85, 9mm pistol, serial number 302-95281; a Ruger, Model P95, 9mm pistol, serial number 311-66594; a Ruger, Model Speed 6, .357 caliber revolver, serial number 158-02003; a Smith & Wesson, .40 caliber pistol, serial number PAL9378; a Smith & Wesson, Model Sigma, 9mm pistol, serial number PDX7640; a Smith & Wesson, Model Sigma, 9mm pistol, serial number PDX7669; an Iberia Firearms, Model JCP40, .40 caliber pistol, serial number X738583; and an Iberia Firearms, Model JCP40, .40 caliber pistol, serial number X740992; from Wildlife Taxidermy

and Riley's Sports Shop, Inc., both licensed firearms dealers, knowingly made a false and fictitious written statement to Wildlife Taxidermy and Riley's Sports Shop, Inc., which statement was likely to deceive the firearms dealers, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant, in that the defendant represented that he was the actual purchaser of the firearms when in fact, he purchased the firearms for another person(s), in violation of Title 18, United States Code, Sections 922(a)(6).

### NOTICE OF CRIMINAL FIREARMS FORFEITURE PURSUANT TO 18 U.S.C. § 924(D) AND 28 U.S.C. § 2461(C)

The allegations of Counts One and Two of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. s 924(d).  Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant Ronald Albert shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in the commission of the offense, including but not limited to the firearms listed above in Counts One and Two.

All in violation of Title 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c).

Dated: January 21, 2009          A TRUE BILL

                                              /s/   Foreperson
                                              Foreperson of the Grand Jury

THOMAS COLANTUONO
United States Attorney
District of New Hampshire

     /s/   Debra M. Walsh
By:  Debra M. Walsh
     Assistant U.S. Attorney